1  Nicole R. Van Dyk - State Bar No. 261646
      nvandyk@birdmarella.com
2  Julia B. Cherlow - State Bar No. 290538
      jcherlow@birdmarella.com
3  Darren L. Patrick - State Bar No. 310727
      dpatrick@birdmarella.com
4  BIRD, MARELLA, RHOW,
   LINCENBERG, DROOKS & NESSIM, LLP
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

Attorneys for Plaintiff and Counter-Defendant Longbridge Financial, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGBRIDGE FINANCIAL, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA MORTGAGE, INC., a Delaware corporation; REVIEW COUNSEL LLC, a California limited liability company; ADVISORY INSTITUTE, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 3:24-cv-01730-DMS-VET<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Assigned to Hon. Dana M. Sabraw<br><br>Hon. Valerie E. Torres, Magistrate Judge |
| MUTUAL OF OMAHA MORTGAGE, INC. and REVIEW COUNSEL LLC,<br><br>    Counter-Plaintiffs,<br>vs.<br><br>LONGBRIDGE FINANCIAL, LLC,<br><br>    Counter-Defendant. | |

Plaintiff and Counter-Defendant Longbridge Financial LLC ("Longbridge"), Defendants and Counter-Plaintiffs Mutual of Omaha Mortgage, Inc. ("Mutual") and Review Counsel LLC ("Review Counsel"), and Defendant Advisory Institute ("Advisory") (collectively the "Parties"), respectfully notify the Court that the Parties have reached a settlement of all claims and causes of action in the above-captioned action. On January 28, 2026, the Parties executed a confidential binding term sheet reflecting the material terms of their agreement. The Parties are currently in the process of finalizing a long-form settlement agreement, and anticipate that the long-form agreement will be fully executed by February 18, 2026. The Parties will file a Stipulation re Dismissal shortly after the long-form settlement agreement is executed.

DATED: February 12, 2026         Respectfully submitted,

Nicole R. Van Dyk
Julia B. Cherlow
Darren L. Patrick
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: _____s/ *Nicole R. Van Dyk*_____
    Nicole R. Van Dyk
    Attorneys for Plaintiff and Counter-Defendant Longbridge Financial, LLC

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| DATED: February 12, 2026 | | Charles E. Elder<br>Kimberly Ingram-Hogan<br>Bradley Arant Boult Cummings LLP<br><br>Lael D. Andara<br>Robert Neil Driscoll<br>Alfred Dumetz Carry<br>Dickinson Wright PLLC |

By: _____*s/ Charles E. Elder*_____
      Charles E. Elder
      Attorneys for Defendants and Counter-Plaintiffs Mutual of Omaha Mortgage, Inc. & Review Counsel LLC

DATED: February 12, 2026    Earll M. Pott
                                      Amara S. Barbará
                                      Rosing, Pott & Strohbehn

By: _____*s/ Earll M. Pott*_____
      Earll M. Pott
      Attorneys for Defendant Advisory Institute, LLC

## **CERTIFICATION**

I hereby certify that all other signatories listed above concur in this filing's content and have authorized the use of their respective electronic signatures in this filing.

DATED: February 12, 2026

By: _____*s/Nicole R. Van Dyk*_____
      Nicole R. Van Dyk